Earnest Lee LANGSTON, Appellant,

v.

Bill ARMONTROUT, et al.,
Respondents.

No. WD 39933.

Missouri Court of Appeals,
Western District.

July 26, 1988.

Earnest Lee Langston, Moberly, pro se.

William L. Webster, Atty. Gen., Jon A. Kaltenbronn, Asst. Atty. Gen., Jefferson City, for respondents.

Before KENNEDY, C.J., and MANFORD and BERREY, JJ.

ORDER

PER CURIAM:

Appeal from judgment in declaratory judgment action ordering Parole Board hearing upon cancellation of plaintiff's presumptive release date, and dismissing plaintiff's petition without prejudice upon Parole Board's compliance with such order. Judgment affirmed. Rule 84.16(b). Cause remanded for entry of modified judgment ordering reinstatement of June 11, 1985, presumptive release date and ordering vacation of the Parole Board's order canceling said presumptive release date, unless and until plaintiff's alleged conduct violation is established upon a hearing of which defendant has notice and an opportunity to be heard.

William STANLEY, Appellant,

v.

CONSOLIDATED FREIGHTWAYS CORPORATION OF DELAWARE, and Labor and Industrial Relations Commission of Missouri, and Missouri Division of Employment Security, Respondents.

No. WD 40034.

Missouri Court of Appeals,
Western District.

July 26, 1988.

Brian J. Klopfenstein, Von Erdmannsdorff & Zimmerman, Kansas City, for appellant.

James B. Crenshaw, Jefferson City, for respondent Labor and Indus. Relations Com'n.

Sandy Bowers, Jefferson City, Chief Counsel, for respondent Div. of Employment Sec.

Before COVINGTON, J., Presiding, and NUGENT and GAITAN, JJ.

ORDER

PER CURIAM:

Appeal from dismissal of petition for judicial review of order of Labor and Industrial Relations Commission denying unemployment compensation benefits.

Affirmed. Rule 84.16(b).